FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 1 2 2008
GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00986-BNB

ROBIN FARRIS,

    Applicant,

v.

MARK A. BROADDUS, Warden, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER TO FILE AMENDED PRE-ANSWER RESPONSE

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 in this case and pursuant to ***Denson v. Abbott***, 554 F. Supp. 2d 1206 (D. Colo. 2008), the Court determined that a limited Pre-Answer Response is appropriate. Therefore, in an order filed on May 20, 2008, Respondents were directed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts to file a Pre-Answer Response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A). The May 20 order informed Respondents that if they did not intend to raise either of these affirmative defenses, they must notify the Court of that decision in the Pre-Answer Response. The May 20 order also informed Respondents that they may not file a dispositive motion as their Pre-Answer Response, or an Answer, or otherwise address the merits of the claims in response to the Order.

In support of the Pre-Answer Response, Respondents were directed to attach as exhibits all relevant portions of the state court record, including but not limited to copies of all documents demonstrating whether this action is filed in a timely manner and/or whether Applicant has exhausted state court remedies.

The May 20, 2008, Order allowed Applicant to reply to the Pre-Answer Response and provide any information that might be relevant to the one-year limitation period under 28 U.S.C. § 2244(d) and/or the exhaustion of state court remedies. The May 20 Order informed Applicant to include in the Reply information relevant to equitable tolling, specifically as to whether she has pursued her claims diligently and whether some extraordinary circumstance prevented her from filing a timely 28 U.S.C. § 2254 action in this Court.

On May 30, 2008, Respondents submitted for filing with the Court their Pre-Answer Response. On June 18, 2008, Applicant, through counsel, submitted for filing her Reply. Upon review of the Pre-Answer Response, the Court finds that the information provided needs to be clarified and that additional information is necessary.

Applicant clearly states the six claims she is asserting in the instant action on pages nine and ten of her application. However, Respondents do not provide a clear, methodical argument as to why each claim is or is not exhausted. Rather, Respondents contend that the application is a mixed petition and leave to the Court the task of attempting to determine which of the asserted claims allegedly have been exhausted in the state courts and which claims have not. In addition, Respondents, apparently relying upon the assertion that "the Attorney General's file from the direct appeal has been destroyed as part of routine file management," *see* Pre-Answer

Response at 19, have failed to provide copies of all state court briefs, particularly Applicant's state court briefs, so that this Court may determine how Applicant presented her claims to the state courts and resolve the issue of exhaustion. Lastly, Respondents are directed to brief the Court further on the application of Rule 51.1(a) of the Colorado Appellate Rules to the instant action.

Therefore, Respondents are directed to file an amended Pre-Answer Response that replaces the Pre-Answer Response filed on May 30, 2008. Accordingly, it is

ORDERED that **within twenty (20) days from the date of this Order** Respondents shall file an amended Pre-Answer Response that complies with this Order and that replaces the Pre-Answer Response filed on May 30, 2008. It is

FURTHER ORDERED that **within twenty (20) days of the filing of the Pre-Answer Response** Applicant may file a second Reply, if she desires.

DATED August 6, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00986-BNB

Robert G. Levitt
Attorney at Law
**DELIVERED ELECTRONICALLY**

Jennifer Alision Berman
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and to Colorado Attorney General: APPLICATION FOR WRIT OF HABEAS CORPUS FILED 05/12/08 on __5/12/08__.

                        GREGORY C. LANGHAM, CLERK

                        By: _____
                               Deputy Clerk