IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00986-CMA-BNB

ROBIN FARRIS,

     Applicant,

v.

MARK A. BROADDUS, Warden, and

JOHN W. SUTHERS, Attorney General of the State of Colorado,

     Respondents.

---

## ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS

---

     It is hereby ORDERED that the Clerk of the Court for the District Court of

Arapahoe County, Colorado, as the lawful custodian of the records, shall forward the flat

file and hearing transcripts for all proceedings in the trial court and in the appellate court

in **People v. Robin Farris**, Arapahoe County District Court, **Case No. 90CR222**, to the

Clerk of the Court for the United States District Court for the District of Colorado, 901

Nineteenth Street, Room 105, Denver Colorado, 80294-3589, **on or before August 23,**

**2010.**

     It is further ORDERED that the Clerk of the Court shall serve a copy of this Order

on the Clerk of the Court for the Arapahoe County District Court, by facsimile to (303)

649-6239 and by regular mail to Clerk of the Court, Arapahoe County Justice Center,

7325 S. Potomac Street, Centennial, CO 80112.

DATED July 26, 2010, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge