**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 16 2012

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

CIVIL ACTION NO.  08-cv-00986 CMA-BNB

ROBIN FARRIS,

      Applicant,

v.

MARK A. BROADDUS, Warden, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

      Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

      Upon careful examination of the record, it appears that the disposition of the above -

captioned case is now final.  It is, therefore,

      ORDERED that the Clerk shall return the State Court Record.

      DATED at Denver, Colorado, this   15th   day of November, 2012.

               BY THE COURT:

               CHRISTINE M. ARGUELLO
               United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00986 CMA-BNB

District Court, Arapahoe County
7325 Potomac St.
Centennial, CO 80112

Jennifer Allison Berman - Colorado Attorney General's Office-Department of Law
**DELIVERED ELECTRONICALLY**

**Robert Gregg Levitt**
**DELIVERED ELECTRONICALLY**


I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  11/16/2012  .


JEFFREY P. COLWELL, CLERK


By: s/ D. Berardi
                    Deputy Clerk